# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3061
_____

LORI M. MOODY,

Petitioner,

v.

EDWARD W. HORAN,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

April 16, 2024

PER CURIAM.

DISMISSED.

LEWIS, ROBERTS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lori M. Moody, pro se, Petitioner.

No appearance for Respondent.